UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case Number:  2:14–cv–01132–MMM–SS   DATE:  4/29/2014
Title:  LOREE RODKIN MANAGEMENT CORP. V. TRES GLAM BY LISA GASTINEAU LTD ET AL

Present: The Honorable  Margaret M. Morrow , U. S. District Judge

Deputy Clerk:  Anel Huerta
Court Reporter:  N/A

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

Proceedings:     **(In Chambers) Discharge of Order to Show Cause Why Court Should Not Dismiss Action for Lack of Prosecution**

   On 4/17/2014, the court issued an Order to Show Cause why it should not dismiss this action for lack of prosecution.  Plaintiff has filed a response to the Order to Show Cause re Lack of Prosecution on 04/23/2014.

   The court deems that response satisfactory, and orders the Order to Show Cause discharged.