JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREE RODKIN MANAGEMENT CORP., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRES GLAM BY LISA GASTINEAU, LTD, A New York corporation; LISA GASTINEAU, an individual, and BRITTNY GASTINEAU, an individual; and DOES 1-10.<br><br>Defendants. | Case No.  2:14-cv-01132-MMM-SSx<br><br><br><br>**CONSENT JUDGMENT** |

The parties, having (i) entered into a written settlement agreement (the "Settlement Agreement") resolving this dispute and (ii) jointly moved for entry of this Consent Judgment terminating this proceeding, and for good cause shown, it is hereby **ORDERED, ADJUDGED, AND DECREED** that:

    1.    This Court has jurisdiction over the subject matter of this action under § 501 of the Copyright Act, 17 U.S.C. § 501, and under 17 U.S.C §§ 101, *et seq.*, 28 U.S.C. §§ 1331 and 1338.

    2.    Plaintiff Loree Rodkin Management Corp. ("LRMC") is a California corporation with its principal place of business located in Los Angeles, California.

3. Defendant Tres Glam By Lisa Gastineau, Ltd., is a New York corporation with its principal place of business located in New York City.

4. Defendant Lisa Gastineau is an individual and resident of the State of California.

5. Defendant Brittny Gastineau is an individual and resident of the State of California.

6. Defendants Tres Glam by Lisa Gastineau, Ltd., Lisa Gastineau and Brittny Gastineau are collectively referred to herein as "Defendants."

7. LRMC designs, manufactures and sells fine jewelry and is the owner of numerous copyright registrations in jewelry designs. All of LRMC's copyright registrations in its jewelry designs, as of October 3, 2014, are hereinafter referred to as "LRMC's Registered Jewelry Designs."

8. Portions of the Settlement Agreement are confidential. A complete copy of all of LRMC's copyright registrations and design deposits, which have been issued as of October 3, 2014, is an exhibit to the Settlement Agreement. One non-confidential term of the Settlement Agreement is that Defendants have agreed to entry of the following permanent injunction.

## **PERMANENT INJUNCTION**

9. Defendants and their officers, agents, servants, employees, representatives, and all persons acting in concert or participation with any of them, are permanently enjoining from:

    a. Directly, in any media, manufacturing, selling, offering for sale, advertising, promoting, giving away, of otherwise transferring ownership of, or renting, leasing, lending, copying, or importing any products which infringe upon LRMC's Registered Jewelry Designs;

    b. Manufacturing, producing, distributing or displaying any product bearing any reproduction, copy, or imitation of LRMC's

Registered Jewelry Designs; and,

c. Importing, distributing, and/or offering for sale products embodying LRMC's Registered Jewelry Designs

(The "Permanent Injunction.")

10. All claims filed by LRMC in this proceeding are hereby dismissed with prejudice and the action is hereby dismissed, subject to the continuing jurisdiction of the Court for purposes of enforcing the Permanent Injunction.

11. Each party shall bear its own costs and attorneys' fees incurred in connection with this matter without recourse to any other party.

**IT IS SO ORDERED.**

Date: November 12, 2014

_____
**UNITED STATES DISTRICT JUDGE**